FILED
IN OPEN COURT

JAN 1 2 2026

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 4:26-cr-____ |
| v. | ) |
| | ) |
| KHYMARR TALIB COOPER, | ) 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) |
| a/k/a "Coop" | ) Possession with Intent to Distribute Oxycodone |
| (Counts 1 – 4) | ) (Count 1) |
| | ) |
| PARIS CHAPPE'LL HUDSON, | ) 18 U.S.C. § 924(c)(1)(A) |
| a/k/a "Isabella Paris" | ) Possession of a Firearm in Furtherance of |
| (Count 4) | ) Drug Trafficking Crime |
| | ) (Count 2) |
| KELAINE LIJOYA COOPER, | ) |
| a/k/a "Melanie Kooper" | ) 18 U.S.C. § 922(g)(1) |
| (Count 5) | ) Felon in Possession of a Firearm |
| | ) (Count 3) |
| Defendants. | ) |
| | ) 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2 |
| | ) Maintaining a Drug-Involved Premises |
| | ) (Count 4) |
| | ) |
| | ) 18 U.S.C. §§ 932(b)(1) & (c)(2) |
| | ) Straw Purchasing of Firearm |
| | ) (Count 5) |
| | ) |
| | ) 18 U.S.C. § 924(d); 21 U.S.C. § 853 |
| | ) Criminal Forfeiture |

**INDICTMENT**

January 2026 Term - at Newport News, Virginia

THE GRAND JURY CHARGES THAT:

## COUNT ONE

(Possession with Intent to Distribute Oxycodone)

On or about June 12, 2025, in the Eastern District of Virginia, the defendant, KHYMARR TALIB COOPER, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C)).

## COUNT TWO

(Possession of Firearm in Furtherance of Drug Trafficking Crime)

On or about June 12, 2025, in the Eastern District of Virginia, the defendant, KHYMARR TALIB COOPER, did unlawfully and knowingly possess a firearm to wit: a Glock, Model 19, 9mm, semiautomatic handgun, S/N: BRNT780, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, namely: Possession with Intent to Distribute Oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as set forth in Count One of this Indictment, which descriptions of said drug trafficking crime is re-alleged and incorporated by reference as set forth in full herein.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT THREE

### (Felon in Possession of a Firearm)

On or about June 12, 2025, in the Eastern District of Virginia, the defendant, KHYMARR TALIB COOPER, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm and ammunition, to wit: a loaded Glock, Model 19, 9mm, semiautomatic handgun, S/N: BRNT780, which had been in and effected interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)).

## COUNT FOUR

### (Maintaining a Drug-Involved Premises)

From on or about September 2023, continuing until on or about June 12, 2025, the exact dates being unknown to the grand jury, in the Eastern District of Virginia, the defendants, KHYMARR TALIB COOPER and PARIS CHAPPE'LL HUDSON, did unlawfully and knowingly use and maintain a place located on Brewer Creek Place in Manassas, Virginia, the specific address being known to the grand jury, for the purpose of manufacturing, distributing, and using a controlled substance.

(In violation of Title 21, United States Code, Sections 856(a)(1) & (b) and
Title 18, United States Code, Section 2).

3

## COUNT FIVE

(Straw Purchasing of Firearm)

On or about January 14, 2021, in the Eastern District of Virginia, the defendant, KELAINE LIJOYA COOPER, did knowingly purchase a firearm, to wit: a Glock, Model 19, 9mm, semiautomatic handgun, S/N: BRNT780, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of KHYMARR TALIB COOPER, knowing or having reasonable cause to believe that KHYMARR TALIB COOPER had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year.

(In violation of Title 18, United States Code, Sections 932(b)(1) and (c)(2)).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendants, if convicted of any of the violations alleged in Counts One, Four, and Five of this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

   a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

   b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2. The defendants, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

4. The property subject to forfeiture includes but is not limited to: a Glock, Model 19, 9mm, semiautomatic handgun, S/N: BRNT780, referenced in Counts Two and Three, and any accompanying magazines and ammunition.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Sections 924(d)(1) and 934(a); and Title 28, United States Code, Section 2461(c)).

5

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

*United States v. Khymarr Talib Cooper, et al.*
Criminal No. 4:26-cr-___

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND SPECIAL ATTORNEY

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By: _____
Peter Osyf
Assistant United States Attorney
United States Attorneys' Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Peter.Osyf@usdoj.gov

6